UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

HOWARD E. MEYER, an individual,  :
:
Plaintiff,  :
:
v.  :  Case No. 2:06cv59
:
ALPINE LAKE PROPERTY OWNERS'  :
ASSOCIATION, INC.,  :
:
Defendant.  :

## CONSENT ORDER

After consideration of the agreement between the parties, the Court hereby **GRANTS** the Joint Motion to Amend the Scheduling Order and extends the deadline to file dispositive motions to March 31, 2008. Should either party file a dispositive Motion, responses thereto are due fourteen (14) days later and any rebuttals thereto are due within seven (7) days from the filing of the response. No other dates in the previously entered Scheduling Order shall be affected by this Order.

The Clerk is directed to transmit certified copies of this Order to all counsel of record herein.

Dated: _February 20, 2008_

_____
John S. Kaull, U.S. Magistrate Judge

{20287.03/395235:}